IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO. 5:06cr47/RS
CASE NO. 5:07cv248/RS-MD

DANIEL LEE HARRIS

_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 49) and Defendant's Affidavit (Doc. 47), in which he withdraws his motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence (Doc. 36). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's request to withdraw his §2255 motion is granted and that motion (Doc. 36) is dismissed.

3. The clerk is directed to close this file **and** the file of Case No. 5:07cv248/RS-MD.

**ORDERED** on April 15, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**